# EXHIBIT B

BONNETT, FAIRBOURN, FRIEDMAN
& BALINT, P.C.
PATRICIA N. SYVERSON (CA SBN 203111)
MANFRED P. MUECKE (CA SBN 222893)
600 W. Broadway, Suite 900
San Diego, California 92101
psyverson@bffb.com
mmuecke@bffb.com
Telephone: (619) 798-4593

BONNETT, FAIRBOURN, FRIEDMAN
& BALINT, P.C.
ELAINE A. RYAN (*To Be Admitted Pro Hac Vice*)
CARRIE A. LALIBERTE (*To Be Admitted Pro Hac Vice*)
2325 E. Camelback Rd. Suite 300
Phoenix, AZ 85016
eryan@bffb.com
claliberte@bffb.com
Telephone: (602) 274-1100
*Attorneys for Plaintiffs*
*Additional Attorneys on Signature Page*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI MYERS, ALLISON CULLEN, AND ALEXANDER MOUGANIS, On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>NESTLE PURINA PETCARE COMPANY, a Missouri company,<br><br>Defendant. | Case No.:<br><br>**DECLARATION OF PATRICIA N. SYVERSON PURSUANT TO CALIFORNIA CIVIL CODE §1780(d)** |

I, Patricia N. Syverson, declare as follows:

1.     I am an attorney duly licensed to practice before all of the courts of the State of California.   I am a shareholder of the law firm of Bonnett, Fairbourn, Friedman & Balint, P.C., the counsel of record for Plaintiffs in the above-entitled action.

2.     Defendant Nestle Purina PetCare Company has done and is doing business in the Central District of California.  Such business includes the distributing, marketing, labeling, packaging and sale of Fancy Feast tuna cat food products. Furthermore, Plaintiff Myers purchased the Fancy Feast Classic Pate Ocean Whitefish & Tuna product in this District.

3.     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 13th day of May 2019, at San Diego, California.


Dated:  May 13, 2019               BONNETT, FAIRBOURN, FRIEDMAN
                                        & BALINT, P.C.

                                    /s/*Patricia N. Syverson*
                                   Patricia N. Syverson (203111)
                                   Manfred P. Muecke (222893)
                                   600 W. Broadway, Suite 900
                                   San Diego, California 92101
                                   psyverson@bffb.com
                                   mmuecke@bffb.com
                                   Telephone:  (619) 798-4593

                                   BONNETT, FAIRBOURN, FRIEDMAN &
                                   BALINT, P.C.
                                   Elaine A. Ryan (*To Be Admitted Pro Hac Vice*)
                                   Carrie A. Laliberte (*To Be Admitted Pro Hac Vice*)
                                   2325 E. Camelback Rd., Suite 300
                                   Phoenix, AZ 85016
                                   eryan@bffb.com
                                   claliberte@bffb.com
                                   Telephone:  (602) 274-1100

                                   GOLDMAN SCARLATO & PENNY P.C.
                                   Brian D. Penny (*To Be Admitted Pro Hac Vice*)
                                   penny@lawgsp.com

8 Tower Bridge, Suite 1025
161 Washington Street
Conshohocken, Pennsylvania 19428
Telephone:  (484) 342-0700

ZAREMBA BROWN PLLC
Brian M. Brown (*To Be Admitted Pro Hac Vice*)
bbrown@zarembabrown.com
40 Wall Street, 52nd Floor
New York, NY 10005
Telephone: (212) 380-6700

ROBBINS GELLER RUDMAN & DOWD LLP
Stuart A. Davidson (*To Be Admitted Pro Hac Vice*)
Christopher C. Gold (*To Be Admitted Pro Hac Vice*)
Bradley M. Beall (*To Be Admitted Pro Hac Vice*)
sdavidson@rgrdlaw.com
cgold@rgrdlaw.com
bbeall@rgrdlaw.com
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  (561) 750-3000

Attorneys for Plaintiffs