PATRICIA N. SYVERSON (203111)
psyverson@bffb.com
MANFRED P. MUECKE (222893)
mmuecke@bffb.com
BONNETT, FAIRBOURN, FRIEDMAN &
BALINT, P.C.
600 W. Broadway, Suite 900
San Diego, California 92101
Telephone: (619) 798-4593

BONNETT, FAIRBOURN, FRIEDMAN &
BALINT, P.C.
Elaine A. Ryan (*Admitted Pro Hac Vice*)
Carrie A. Laliberte (*Admitted Pro Hac Vice*)
2325 E. Camelback Rd., Suite 300
Phoenix, AZ 85016
eryan@bffb.com
claliberte@bffb.com
Telephone: (602) 274-1100

Attorneys for Plaintiffs
[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI MYERS, ALISON CULLEN, and ALEXANDER MOUGANIS, On Behalf of Themselves and All Others Similarly Situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>NESTLÉ PURINA PETCARE COMPANY, a Missouri company,<br><br>  Defendant. | Case No. 5:19-cv-00898-GW-SP<br><br>Hon. George H. Wu<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i)** |

Pursuant to Federal Rule of Civil Procedure, Rules 41(a)(1)(A)(i) and 23(e), Plaintiffs Lori Myers, Alison Cullen and Alexander Mouganis voluntarily dismiss their claims against Defendant Nestle Purina Petcare Company in the above captioned action. Defendant has not yet served either an answer to Plaintiffs' First Amended Class Action Complaint or a motion for summary judgment. Plaintiffs' dismissal is without prejudice pursuant to Rule 41(a)(1)(B).

Dated: November 8, 2019

BONNETT, FAIRBOURN, FRIEDMAN BALINT, P.C.

By: /s/ *Patricia N. Syverson*
Patricia N. Syverson
psyverson@bffb.com
Manfred P. Muecke
mmuecke@bffb.com
600 W. Broadway, Suite 900
San Diego, CA 92101
Telephone: (619) 798-4593

BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.
Elaine A. Ryan (*Admitted Pro Hac Vice*)
Carrie A. Laliberte (*Admitted Pro Hac Vice*)
2325 E. Camelback Rd., Suite 300
Phoenix, AZ 85016
eryan@bffb.com
claliberte@bffb.com
Telephone: (602) 274-1100

GOLDMAN SCARLATO & PENNY P.C.
Brian D. Penny (*Admitted Pro Hac Vice*)
penny@lawgsp.com
8 Tower Bridge, Suite 1025
161 Washington Street
Conshohocken, Pennsylvania 19428
Telephone: (484) 342-0700

ZAREMBA BROWN PLLC
Brian M. Brown (*To Be Admitted Pro Hac Vice*)
bbrown@zarembabrown.com
40 Wall Street, 52nd Floor
New York, NY 10005
Telephone: (212) 380-6700

ROBBINS GELLER RUDMAN & DOWD LLP
Stuart A. Davidson (*Admitted Pro Hac Vice*)
Christopher C. Gold (*Admitted Pro Hac Vice*)
Bradley M. Beall (*Admitted Pro Hac Vice*)
sdavidson@rgrdlaw.com

cgold@rgrdlaw.com
bbeall@rgrdlaw.com
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: (561) 750-3000

Attorneys for Plaintiffs
LORI MYERS, ALISON CULLEN, and
ALEXANDER MOUGANIS

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Electronic mail notice list, and I hereby certify that I have mailed the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 8, 2019.

By: /s/ *Patricia N. Syverson*

BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.
Patricia N. Syverson
psyverson@bffb.com
Manfred P. Muecke
mmuecke@bffb.com
600 W. Broadway, Suite 900
San Diego, CA 92101
Telephone: (619) 798-4593